# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JO ANNE GRAFF

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ARS NATIONAL SERVICES, INC., D/B/A
ASSOCIATED RECOVERY SYSTEMS, and
JASON A. HOWERTON

C07 04406 HRL

TO:

ARS National Services, Inc.
c/o Kathy Howerton, Agent for Service of Process
201 West Grand Avenue
Escondido, California 92025-2603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2403

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING
_____
CLERK

Aug 27 ·07
_____
DATE

_____
(BY) DEPUTY CLERK

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA  95113-2403 | (408) 294-6100 | |
| ATTORNEY FOR *(Name)*:  Plaintiff | Ref. No. or File No.<br>none | |

Insert name of court, judicial district or branch court, if any:

United States District Court
280 S. First St. #2112
San Jose, CA  95113-3008

PLAINTIFF:

Joanne Graff

DEFENDANT:

ARS National Services, Inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C07-04406-HRL |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:

Summons; Complaint; Case Management Conference and ADR Information Package;

2. Party Served:            ARS National Services, Inc.

3. Person Served:           James Howerton - Person authorized to accept service of process

4. Date & Time of Delivery: August 31, 2007         3:00 pm

5. Address, City and State: 201 West Grand Avenue
                            Escondido, CA  92025

6. Manner of Service:       Personal Service - By personally delivering copies.

BY FAX

Fee for Service: $ 15.00

Registered California process server.
County: SAN DIEGO
Registration No.: 4553
Expiration: October 17, 2007

One Legal, Inc.
504 Redwood Blvd #223
Novato, CA  94947
415-491-0606

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on October 9, 2007 at Los Angeles, California.

Signature: _____

Dusty Ladendorf

FF# 6647381

# ONE LEGAL, INC.

CONFIRMATION For **Service of Process**



Date: 10/9/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6647381 | |
|---|---|
| Customer: CONSUMER LAW CENTER<br>Customer No.: 0055054<br>Address: 12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | Attorney: Fred W Schwinn<br>Attorney e-mail: fred.schwinn@sjconsumerlaw.com<br>Contact: Fred W Schwinn<br>Contact e-mail: fred.schwinn@sjconsumerlaw.com<br>Contact Phone: (408) 294-6100 Ext 111<br>Contact Fax: (408) 294-6190<br>Law Firm File Number: none |

**Case Information:**

Case Number: C07-04406-HRL
County: SANTA CLARA
Court: Northern District of California
Case Short Title: Joanne Graff vs. ARS National Services, Inc., et al.

**Documents Received:**  No. Docs: 4  No. Pgs: 63

Summons; Complaint; Case Management Conference and ADR Information Package;

Party to Serve: ARS National Services, Inc.    Service address: 201 West Grand Avenue
Escondido, CA 92025

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served<br>Faxed back: 10/9/2007 | Additional Entities | 15.00 |
| | Check No. | Total: 15.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.