# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

JO ANNE GRAFF

V.

ARS NATIONAL SERVICES, INC., D/B/A
ASSOCIATED RECOVERY SYSTEMS, and
JASON A. HOWERTON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C07 04406 HRL

TO:

Jason A. Howerton
ARS National Services, Inc.
201 West Grand Avenue
Escondido, California 92025-2603

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, CA 95113-2403

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                                Aug 27 '07
_____                            _____
CLERK                                             DATE

_____
(BY) DEPUTY CLERK

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>280 S. First St. #2112<br>San Jose, CA 95113-3008 | |

| PLAINTIFF/PETITIONER: Joanne Graff | CASE NUMBER:<br>C07-04406-HRL |
|---|---|
| DEFENDANT/RESPONDENT: ARS National Services, Inc., et al. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons, Complaint, Case Schedule-ADR Multi-Option Program, Standing Order Regarding Case Managem in Civil Cases, Joint Case Mangement Statement, Standing Order RE: Initial Case Management, Notice of Assignment of Case to a United Staes Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, EFC Registration Information Handout, ADR Packa

3. a. Party served: Jason A. Howerton

   b. Person Served: party in item 3a

4. Address where the party was served: 201 West Grand Avenue
   Escondido, CA 92025

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or (date): August 31, 2007    (2) at (time): 3:00 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

BY FAX

7. **Person who served papers**
   a. Name: Dusty Ladendorf
   b. Address: One Legal, Inc. - 132-Marin
      504 Redwood Blvd #223
      Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 64.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County SAN DIEGO

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: October 9, 2007

Dusty Ladendorf
(NAME OF PERSON WHO SERVED PAPERS)    (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br><br>FF# 6647382 |

# ONE LEGAL, INC.



CONFIRMATION For **Service of Process**

Date: 10/9/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6647382 |  |
|---|---|
| Customer CONSUMER LAW CENTER<br>Customer No. 0055054<br>Address 12 S 1ST ST STE 1014<br>SAN JOSE, CA 95113-2403 | Attorney Fred W Schwinn<br>Attorney e-mail fred.schwinn@sjconsumerlaw.com<br>Contact Fred W Schwinn<br>Contact e-mail fred.schwinn@sjconsumerlaw.com<br>Contact Phone (408) 294-6100 Ext 111<br>Contact Fax (408) 294-6190<br>Law Firm File Number none |

**Case Information:**
Case Number C07-04406-HRL
County SANTA CLARA
Court Northern District of California
Case Short Title Joanne Graff vs. ARS National Services, Inc., et al.

**Documents Received:**  No. Docs: 11  No. Pgs: 63

Summons, Complaint, Case Schedule-ADR Multi-Option Program, Standing Order Regarding Case Management in Civil Cases, Joint Case Mangement Statement, Standing Order RE: Initial Case Management, Notice of Assignment of Case to a United Staes Magistrate Judge, Consent to Proceed Before a United States Magistrate Judge, Declination to Proceed Before a Magistrate Judge, EFC Registration Information Handout, ADR Package

Party to Serve: Jason A. Howerton          Service address: 201 West Grand Avenue
                                                            Escondido, CA  92025

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served<br>Faxed back: 10/9/2007 | Standard<br>Surcharge | 44.00<br>20.00 |
|  | Check No. | Total: 64.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Southern Branch, Ph: 213-617-1212, Fx: 213-617-4717
Thank you for choosing One Legal for your process serving needs.