**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOANNE GRAFF,<br><br>      Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>      Defendants. | Case No. C07-04406-HRL<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT, ARS NATIONAL SERVICES, INC.** |

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: ARS NATIONAL SERVICES, INC.

Therefore, default is entered against the defendant as authorized by Fed R. Civ. P. 55(a).

_____
Clerk of the Court

_____    By: _____
Date                          Deputy Clerk

ENTRY OF DEFAULT                      Case No. C07-04406-HRL