1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JOANNE GRAFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOANNE GRAFF,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. C07-04406-HRL<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA　　　）
　　　　　　　　　　　　　） ss:
COUNTY OF SANTA CLARA　）

　　　I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2403. On October 17, 2007, I served the following:

　　1.　REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, ARS NATIONAL SERVICES, INC.

　　2.　DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, ARS NATIONAL SERVICES, INC.

　　3.　ENTRY OF DEFAULT AGAINST DEFENDANT, ARS NATIONAL SERVICES, INC.

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope

-1-

CERTIFICATE OF SERVICE BY MAIL　　　　　　　　　　　　　　　　　　　　Case No. C07-04406-HRL

-2-

with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

**CHAMBERS COPY:**
The Honorable Howard R. Lloyd
United States District Court
280 South First Street, #2112
San Jose, CA  95113-3008

**DEFENDANT:**
ARS National Services, Inc.
c/o Kathy Howerton, Agent for Service of Process
201 West Grand Avenue
Escondido, CA  92025-2603

      I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on October 17, 2007.

                                               /s/ Fred W. Schwinn