1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JOANNE GRAFF

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOANNE GRAFF,<br><br>Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>Defendants. | Case No.  C07-04406-HRL<br><br>**REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, JASON A. HOWERTON** |

TO: CLERK OF THE DISTRICT COURT:

Please enter a default in this matter against Defendant, JASON A. HOWERTON, on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure.  Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

                                             CONSUMER LAW CENTER, INC.

Dated: October 17, 2007                      By: /s/ Fred W. Schwinn
                                                 Fred W. Schwinn, Esq.
                                                 Attorney for Plaintiff
                                                 JOANNE GRAFF

REQUEST FOR ENTRY OF DEFAULT                                      Case No.  C07-04406-HRL