**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOANNE GRAFF,<br><br>              Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>              Defendants. | Case No.  C07-04406-HRL<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT, JASON A. HOWERTON** |

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: **JASON A. HOWERTON**

Therefore, default is entered against the defendant as authorized by Fed R. Civ. P. 55(a).

_____
Clerk of the Court

_____        By: _____
Date                                              Deputy Clerk

ENTRY OF DEFAULT                                                                      Case No.  C07-04406-HRL