1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   JOANNE GRAFF

6

7

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| JOANNE GRAFF,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ARS NATIONAL SERVICES, INC., D/B/A ASSOCIATED RECOVERY SYSTEMS, a California corporation, and JASON A. HOWERTON, individually and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. C07-04406-HRL<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA     )
                        ) ss:
COUNTY OF SANTA CLARA   )

　　　　I am employed in the County of Santa Clara, California. I am over the age of eighteen years and not a party to the within entitled cause. My business address is 12 South First Street, Suite 1014, San Jose, California 95113-2403. On October 17, 2007, I served the following:

　　　1.　　REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, JASON A. HOWERTON

　　　2.　　DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, JASON A. HOWERTON

　　　3.　　ENTRY OF DEFAULT AGAINST DEFENDANT, JASON A. HOWERTON

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

-1-

-2-

1  addressed as follows:

2  **CHAMBERS COPY:**
3  The Honorable Howard R. Lloyd
   United States District Court
4  280 South First Street, #2112
   San Jose, CA  95113-3008

5  **DEFENDANT:**                          **DEFENDANT:**
   Jason A. Howerton                       Jason A. Howerton
6  ARS National Services, Inc.             2114 Via Tiempo
   201 West Grand Avenue                   Cardiff by the Sea, CA  92007-1208
7  Escondido, CA  92025-2603

8

9      I declare under penalty of perjury that the foregoing is true and correct and that this

10  declaration was executed at San Jose, California on October 17, 2007.

11                                       /s/ Fred W. Schwinn

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE BY MAIL                                                                         Case No. C07-04406-HRL