UNITED STATES DISTRICT COURT
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

October 19, 2007

RE: CV 07-04406 HRL    Joanne Graff -v- ARS National Services, Inc. Et al

Default is entered as to Defendant ARS National Services, Inc. on October 19, 2007.

RICHARD W. WIEKING, Clerk

by Betty Walton
Case Systems Administrator

NDC TR-4 Rev. 3/89