**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

October 19, 2007

RE: CV 07-04406 HRL   Joanne Graff -v- ARS National Services, Inc. Et al

Default is entered as to Jason A. Howerton on October 19, 2007.

RICHARD W. WIEKING, Clerk

by Betty Walton
Case Systems Administrator

NDC TR-4  Rev. 3/89